**Fill in this information to identify the case:**

Debtor 1  LUIS MANUEL ROBLES BERRIOS

Debtor 2  _____

(Spouse, if filing)

United States Bankruptcy Court for the District of PUERTO RICO

Case number 21-03844-EAG13

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC          **Court claim no.** (if known): 5-2

**Last 4 digits** of any number you use to identify the debtor's account: 7563

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 03/04/2022 | (5) | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 01/31/2022 | (11) | $350.00 |
| 12 | Other. Specify: Objection to Confirmation (DE 17) | 02/18/2022 | (12) | $550.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1 <u>LUIS MANUEL ROBLES BERRIOS</u>   Case number *(if known)* <u>21-03844-EAG13</u>
     Print Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <u>/s/ Francisco Cardona</u>   Date <u>June 6, 2022</u>
   Signature

Print    <u>/s/ Francisco Cardona</u>   Title <u>Authorized Agent</u>
    First Name   Middle Name   Last Name

Company    <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address    <u>6409 Congress Avenue, Suite 100</u>
    Number    Street

    <u>Boca Raton, FL 33487</u>
    City    State    ZIP Code

Contact Phone    <u>470-321-7112</u>   Email <u>fcardona@raslg.com</u>

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LUIS MANUEL ROBLES BERRIOS
67 CALLE CUPEY URB CITY PARADISE
BARCELONETA, PR 00617

*And via electronic mail to:*

LYSSETTE A MORALES VIDAL
LYSSETE MORALESLAW OFFICE
76 CALLE AQUAMARINA URB VILLA BLANCA
CAGUAS, PR 00725

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

By: /s/ **Lorena Delgado**
**Lorena Delgado**
**ldelgado@raslg.com**